**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MALOUF-CARR, L.P.**                                            **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO.: 4:21-CV-30-DMB-JMV**

**ZURICH AMERICAN INSURANCE**
**COMPANY**                                                    **DEFENDANT**

## <u>ORDER</u>

Before the Court is the unopposed *ore tenus* motion of Defendant to amend the case management order. Defendant requests a three-week extension of the discovery deadline due to ongoing settlement negotiations.

The undersigned finds that for good cause shown, the discovery and Daubert deadlines in the case shall be extended. The dispositive motions deadline shall remain as April 25, 2022. The Court, having considered the record, extends the discovery and Daubert deadlines as follows:

1)      All discovery must be completed by March 14, 2022; and

2)      Daubert motions must be filed by March 25, 2022.

**SO ORDERED,** this the 3rd day of February, 2022.

<u>/s/ Jane M. Virden</u>
UNITED STATES MAGISTRATE JUDGE