IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MALOUF-CARR, L.P.**                                                                                                **PLAINTIFF**

**V.**                                                                          **NO. 4:21-CV-30-DMB-JMV**

**ZURICH AMERICAN**
**INSURANCE COMPANY**                                                                     **DEFENDANT**

## ORDER

On April 25, 2022, Malouf-Carr, L.P. filed a motion for partial summary judgment on its claims against Zurich American Insurance Company, along with a separate memorandum brief. Docs. #81, #82. In violation of the Local Rules, Malouf-Carr attached exhibits to the memorandum brief instead of to the motion. *See* L.U. Civ. R. 7(b)(2) ("All affidavits, 28 U.S.C. § 1746 declarations, and other supporting documents and exhibits … must be filed as exhibits to the motion, response or rebuttal to which they relate."). Due to this procedural deficiency, the motion for partial summary judgment [81] is **DENIED without prejudice**. Within seven (7) days of this order, Malouf-Carr may refile its motion in accordance with the Local Rules.

**SO ORDERED**, this 26th day of April, 2022.

                                                                                   /s/Debra M. Brown
                                                                                   **UNITED STATES DISTRICT JUDGE**