IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MALOUF-CARR, L.P.** **PLAINTIFF**

V. NO. 4:21-CV-30-DMB-JMV

**ZURICH AMERICAN**
**INSURANCE COMPANY** **DEFENDANT**

## ORDER

On August 12, 2022, Malouf-Carr, L.P. and Zurich American Insurance Company filed a joint motion asking the court to "dismiss this cause in its entirety with prejudice." Doc. #110 at 1. As cause, the parties represent that "[a]ll … claims in this action have been fully and completely compromised and settled, and Plaintiff has received full accord and satisfaction therefor." *Id.*

Based on the parties' representation that this case was settled, the joint motion to dismiss [110] is **GRANTED**. This case is **DISMISSED with prejudice**.

**SO ORDERED**, this 15th day of August, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**