**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MALOUF-CARR, L.P.**                                              **PLAINTIFF**

**V.**                                              **NO. 4:21-CV-30-DMB-JMV**

**ZURICH AMERICAN
INSURANCE COMPANY**                                        **DEFENDANT**

## <u>FINAL JUDGMENT</u>

In accordance with the order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 15th day of August, 2022.

<u>/s/Debra M. Brown</u>
**UNITED STATES DISTRICT JUDGE**